**Order entered January 25, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01467-CV

## DWAN MILLIGAN, Appellant

## V.

## HP TEXAS I LLC C/O PATHLIGHT PROPERTY MGT, Appellee

**On Appeal from the County Court at Law No. 5
Collin County, Texas
Trial Court Cause No. 005-03165-2018**

## ORDER

Before the Court is Deputy District Clerk Sharon Howard's January 22, 2019 request for extension of time to file the clerk's record. As the clerk's record has been filed, we **DENY** the request as moot.

/s/    ERIN A. NOWELL
          JUSTICE